[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order

Appellate case name: James Anthony Durr v. The State of Texas

Appellate case number: 01-13-00256-CR

Trial court case number: 1287887

Trial court: 180th District Court of Harris County

 Appellant's counsel in this case has filed a motion to withdraw and a
brief stating there are no arguable grounds for appeal, based on Anders v.
California, 386 U.S. 738 (1967).

 In the motion to withdraw and brief, appellant's counsel states that
he sent appellant a copy of the record on appeal. Appellant, however, has
filed a "Request for a Copy of the Trial Record," indicating that he
received a copy of the "Appellate Record" but not "the entire trial
record." Appellant requests "a copy of the trial transcripts." Pursuant to
Kelly v. State, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25,
2014), we direct the Clerk of this Court to send, at no cost to appellant,
a complete copy of the appellate record so that appellant may respond to
the Anders brief.

 Appellant has 30 days from the date of this order to file a pro se
response, if any, to the Anders brief and motion to withdraw filed by
appellate counsel on September 19, 2013.

 It is so ORDERED.

Judge's signature: /s/ Jim Sharp

 ( Acting individually ? Acting for the Court

Date: August 7, 2014